UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO. |
| V. | § | |
| | § | **15 CR 295** |
| HERIBERTO LATIGO | § | |

United States Courts
Southern District of Texas
FILED

MAY 2 8 2015

David J. Bradley, Clerk of Court

### CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Stalking)

On or about March 1, 2014 through April 14, 2015, in the Southern District of Texas and elsewhere,

**HERIBERTO LATIGO,**

the defendant, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, did use the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to an intimate partner of that person, to wit: LATIGO used interstate facilities, namely the mail and the Internet, to disseminate harassing and threatening messages/images regarding Victim-1, causing substantial emotional distress to Victim-1.

**All in violation of Title 18, United States Code, Section 2261A(2)(B).**

A TRUE BILL:

Original Signature on File
GRAND JURY FOREPERSON

KENNETH MAGIDSON
United States Attorney

By: *[signature]*

Sherri L. Zack
Assistant United States Attorney
713-567-9374