| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF HARRIS | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Taylor Martinez who, after being by me first duly sworn, on oath deposed and said:

My name is Taylor Martinez, I am the son to Rosalinda Martinez and Rosalinda is the older sister to Heriberto Latigo. During the month of August, I stayed with my uncle in order to advance my training.

On August 2, 2014 my uncle invited my brother (Joshua) and myself to go to Chuck E. Cheese in Sugarland, TX with his sons, Catherine Do and her daughter Ava.

We ate pizza, sat around a little then all three kids wanted to play the games so my brother and I volunteered to take them to play games and Catherine and my uncle stayed back where we could clearly see they were showing signs of affection and admiration toward each other.

After maybe 15 to 20 minutes, I heard someone speaking very loudly and saw Catherine angry and yanking on my uncle's arm trying to grab something. My uncle attempted to calm Catherine down but then he tried to walk away and Catherine got out of the chair and followed him and tried to pull my uncle's hands out of his pockets and when she couldn't force him, all I can see is my uncle's face squeamish as Catherine began to bite his arm for him to take his hands out of his pocket. She threw herself on the ground hysterically and refused to get up, drawing attention from everyone there. My uncle was mortified.

He finally was able to get her to stop and then he ordered us to take the boys to the Ford expedition in the parking lot and wait for him. Ava her daughter began to cry because she didn't want all of us to leave

and Catherine began to follow my uncle as he was following us and she left Ava behind from the last time I looked backed.

As soon as we got into the Ford Expedition, my uncle tried to back out quickly but Catherine was able to block the truck with her Lexus and wouldn't let us back out. My uncle was texting and also calling her pleading for her to let us leave as she was scaring his sons. She refused to move and we stayed blocked in the parking space and she was also blocking the driveway.

After about 20 minutes, my uncle told Catherine over the phone he would send me into the building to get the restaurant manager. According to my uncle, she said she didn't care and said go ahead. I walked into Chuck E. Cheese and notified the manager, he attempted to speak with Catherine and she didn't move regardless of whatever he said. The Manager then walked over to the Ford Expedition and said, there is nothing he can do unless we wanted him to call the police. My uncle didn't want her daughter or his sons to see the Police.

He asked permission from the manager if he could drive over their landscaping to escape and the manager said yes. My uncle proceeded to go over the parking block and then curb to drive over the landscaping until he was able to get onto the main road. He then called Catherine and asked her to please not follow us as the boys are already scared and that he would call her later when she calmed down.

*Patrick Martinez*

SUBSCRIBED AND SWORN to before me, the undersigned authority, on the 4th day of June, 2015.

Lynda Huston
My Commission Expires
03/15/2017

_____
Notary Public in and for
The State of Texas