| | |
|---|---|
| THE STATE OF TEXAS | § |
| | §     AFFIDAVIT |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Maribel Renteria who, after being by me first duly sworn, on oath deposed and said:

My name is Maribel Renteria. I am of sound mind, I am capable of making this affidavit, I am giving this affidavit freely, and I am personally acquainted with the facts stated below:

1. My name is Maribel Renteria, formerly known as Maribel Latigo. I was Heriberto Latigo's fiance and wife for ten years. We are close friends and after hearing some of the things which are being said, I felt it may add some insight hearing from a woman who has known and loved Latigo on various levels for over 20 years.

2. From the onset, Latigo makes no apologies for being a strong, take charge demanding individual. He believes in standards and morals but more importantly, his love for children, family and marriage is his top priority.

3. We ultimately grew apart with different aspirations in life; however, he had an influence on the person I am today. He motivated me to seek my graduate degree; he influenced me to keep striving for better and not to take second behind any man, which ultimately included himself.

4. Latigo is truly an extroverted romantic. More importantly, I never felt threaten, pushed or intimidated to do something I wasn't comfortable with.

5. Latigo may have a tendency to be immature and when he is single may date more than most men, but I know him to be a loyal man. I always knew one day he would make a great father and dedicated himself to his family.

6. Latigo is a good man and I am happy that we become friends again and he is part of my life.

*Maribel Renteria*

Affiant

SUBSCRIBED AND SWORN to before me, the undersigned authority, on the 4th day of June, 2015.

Lynda Huston
My Commission Expires
03/15/2017

Notary Public in and for

The State of Texas