PA024315.JPG

9/11/2014

https://drive.google.com/_/chrome/newtab?espv%3D2%26ie%3DU&authuser=0#folders/0B00kgGZKTUHkNE1xd3dmMGVQYVU




IMAG0094.jpg

9/10/2014

https://drive.google.com/_/chrome/newtab?esp/%3D2%26ie%3DUf&authuser=0#folders/0B00kgGZKTUHkOExBdUFYOGFjX1k



P8I60236.JPG

9/11/2014

1/1

https://drive.google.com/?urp=https://www.google.com/_/chrome/newtab?espv%3D2%26ie%3DUTF-8&authuser=0#folders/0B00kgG2KTUHkNE1xd3dmMGVQYVU





PA240721.JPG

9/11/2014

https://drive.google.com/?urp=https://www.google.com/_/chrome/newtab?espv%3D2%26ie%3DU8&authuser=0#folders/0B00kgGZKTUHkNE1xd3clmMGVQYVU