UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 15CR295 |
| | § | |
| HERIBERTO LATIGO | § | |

## NEAL DAVIS' MOTION TO WITHDRAW

Neal Davis files this motion to withdraw as attorney, which Latigo and his lead attorney Andino Reynal do not oppose. Reynal will remain on the case as lead counsel. Davis' involvement was primarily limited to the detention hearing.

Davis therefore asks that this Court grant his motion to withdraw.

Respectfully submitted,

/s/
_____
Neal Davis

State Bar No. 24001117
Federal No. 23729
917 Franklin, 6th Floor
Houston, Texas 77002
Telephone: (713) 227-4444
Facsimile: (800) 760-7140
Email: Neal@NealDavisLaw.com

Defendant's lawyer

1

## **CERTIFICATE OF SERVICE**

I certify that copy of this memorandum has been sent to the Assistant United States Attorney on July 1, 2015, via PACER/ECF filing.

/s/

Neal Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 15CR295 |
| | § | |
| HERIBERTO LATIGO | § | |

## ORDER

Upon considering Neal Davis' Motion to Withdraw, it is hereby GRANTED and Davis is allowed to withdraw and is no longer an attorney of record in this case.

Signed July _____, 2015.


_____
HONORABLE JUDGE PRESIDING