UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                  Case Number: 4:15−cr−00295

Heriberto Latigo

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/23/2017

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Sealed Event – #130
Sealed Event – #131

Date:   January 19, 2017

David J. Bradley, Clerk