United States District Court
Southern District of Texas
**ENTERED**
September 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:15-CR-295 |
| | § | |
| HERIBERTO LATIGO | § | |

## ORDER

The Court has considered the Joint Motion for Continuance, wherein stand-by counsel for defendant Heriberto Latigo has represented that more time is needed to prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Joint Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, September 7, 2017, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Trial in this case is set for October 23, 2017 at 1:30 p.m.

It is so ORDERED.

SIGNED on this 7th day of September, 2017.

_____
Kenneth M. Hoyt
United States District Judge