## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | §<br>§<br>§ | CR NO.   H-15-295 |
| vs. | §<br>§<br>§ | KENNETH M. HOYT<br>Judge |
| HERIBERTO LATIGO,<br>Defendant | §<br>§<br>§<br>§<br>§ | C. Horace<br>Case Manager        Court Reporter<br><br>Jury Trial<br>Proceeding |

### GOVERNMENT'S TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 1 | Return from hlatigo@aol.com | | | | |
| 1-1 | Account Information for hlatigo@aol.com | | | | |
| 1-2 | Email: "Farewell to everyone"<br>10/18/2011 22:07:54 | | | | |
| 1-3 | Email: "If u don't say truth I will"<br>7/6/2014 12:11 pm | | | | |
| 1-4 | Email: "RE: If u don't say truth I will"<br>7/6/2014 12:26 pm | | | | |
| 1-5 | Email: "Nothing still adds up"<br>7/6/2014 5:48 pm | | | | |
| 1-6 | Email: "Disaster"<br>7/6/2014 8:39 pm | | | | |
| 1-7 | Email: "Re: Disaster"<br>7/6/2014 9:28 pm | | | | |
| 1-8 | Email: "Ur the only cheater I know"<br>7/7/2014 1:41 pm | | | | |
| 1-9 | Email: "Watch "From Conception to Birth" on YouTube<br>7/21/2014 10:22 am | | | | |
| 1-10 | Email: abortion04.jpg | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | 7/21/2014   11:14:31 | | | | |
| 1-11 | Email: "Untitled attachment 00060.txt" 7/21/2014 1:27 pm | | | | |
| 1-12 | Email: "At 21 days, her heart started breathing" 7/21/2014 3:35 pm | | | | |
| 1-13 | Email: "Untitled attachment 00064.txt" 7/21/2014 3:43 pm | | | | |
| 1-14 | Email: "Send fake text messages 2 urself" 7/23/2014 8:37 pm | | | | |
| 1-15 | Email: "we both knw ur fakin" 7/29/2014 9:05 am | | | | |
| 1-16 | Email: "If u had any heart u wud" 8/1/2014 11:36 am | | | | |
| 1-17 | Email: "Come back if u have any once of regret" 8/1/2014 11:39 am | | | | |
| 1-18 | Email: "I think my hand has nerve damage" 8/2/2014 8:12pm | | | | |
| 1-19 | Email: "my thoughts. ..never" 8/4/2014 3:05 pm | | | | |
| 1-20 | Email: no subject 8/4/2014 8:42 pm | | | | |
| 1-21 | Email: "Re:" 8/4/2014 9:06 pm | | | | |
| 1-22 | Email: "while u sleep with no guilt" 8/5/2014 12:53 am | | | | |
| 1-23 | Email: "Fw:" 8/ 10, 2014 4:08 pm | | | | |
| 1-24 | Email: "Re: R u there" 8/ 17, 2014 10:40 am | | | | |
| 1-25 | Email: "Trafigura shud know ur a baby killer" 8/ 17, 2014 10:00 pm | | | | |
| 1-26 | Email: "things will get carred away real fast" 8/20/2014 9:24 am | | | | |
| 1-27 | Email: "I'm trying to handle this kkndly" 8/20/2014 9:25 am | | | | |
| 1-28 | Email: "stop please" 8/20/2014 9:27 am | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 1-29 | Email: "Re: I'm trying to handle this kkndly" 8/20/2014 9:35 am | | | | |
| 1-30 | Email: "changing numbers will create issies so please don't" 8/20/2014 6:15pm | | | | |
| 1-31 | Email: "need u to get on whatsapp please" 8/20/2014 18:23:01 | | | | |
| 1-32 | Email: "unblock everything, like we agreed" 8/23/2014 11:14:29 | | | | |
| 1-33 | Email: "Re: I'm sure ur laughing and giggling right now 8/24/2014 9:27 pm | | | | |
| 1-34 | Email: "Re:" 8/25/2014 1:38 pm | | | | |
| 1-35 | Email: "hello please unblock me" 8/29/2014 7:33 pm | | | | |
| 1-36 | Email: "EmailMyTexts2014_09_20_54_1" 9/1/2014 | | | | |
| 1-37 | Email: "if, only u wud give effort" 9/20/2014 1:14 am | | | | |
| 1-38 | Email: "the truth of all ur lies and fraud is out there" 9/29/2014 9:54 pm | | | | |
| 1-39 | Email: no subject 9/30/2014 3:18 pm | | | | |
| 1-40 | Email: no subject 9/30/2014 3:35 pm | | | | |
| 1-41 | Email: "RE:" 9/30/2014 3:50 pm | | | | |
| 1-42 | Email: "call me please" 10/2/2014 10:37 pm | | | | |
| 1-43 | Email: "hello??u don't plan to respond?" 10/2/2014 10:51 pm | | | | |
| 1-44 | Email: "I thought we cud talk calmly" 10/2/2014 11:00 pm | | | | |
| 1-45 | 10/3/2014 8:29 am Email: no subject | | | | |
| 1-46 | Email: "wow u blocked me. U haven't chanhed" | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | 10/5/2014 1:12 pm | | | | |
| 1-47 | Email: "are u going 2 unblock me?" 10/5/2014 1:20 pm | | | | |
| 1-48 | Email: "Ur not done destoryin. U wnt war…fine.I will fight back" 10/16/2014 2:53 pm | | | | |
| 1-49 | Email: "I printed all proof of ur fraud" 10/20/2014 8:51 pm | | | | |
| 1-50 | Email: "Re:RE: 10/22/2014 10:09 am | | | | |
| 1-51 | Email: "Fwd:Re: 12/3/2014 3:10 am | | | | |
| 1-52 | Email: "Hi yeu, eni being subpoena' 1/20/2015 10:19 am | | | | |
| 1-53 | Email: "Discovery detail and current dates" 2/8/2015 12:17 pm | | | | |
| 2 | Return from plasticMD65@yahoo.com | | | | |
| 2-1 | Yahoo! Account Management Tool for plasticmd65@yahoo.com | | | | |
| 2-2 | Email: "Somebody requested a new password for your facebook account" 4/15/11:38 am | | | | |
| 2-3 | Email: "Facebook password reset" 4/15/2015 11:41 am | | | | |
| 2-4 | Email: "Password change for your Yahoo account" 4/15/2015 2:14 pm | | | | |
| 2-5 | Email: "Damn dude its been a minute, I cant believe all that has changed: 4/21/2015 11:39 pm | | | | |
| 3 | Return from Yahoo! Inc. aborted.magdelena@yahoo.com | | | | |
| 3-1 | Yahoo! Account Management Tool for aborted.magdelena@yahoo.com | | | | |
| 3-2 | Email: "please save me" 7/21/2014 2:34 pm | | | | |
| 3-3 | Email: "please save me" | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|-----|-------------|-------|-----|-----------|-----------|
| | 7/21/2014 2:36 pm | | | | |
| 3-4 | Email: "join my FB please, video mom trying 2killme: 7/21/2014 3:00 pm | | | | |
| 3-5 | Email: "want 2 b a bad ass." 7/22/2014 10:08 am | | | | |
| 3-6 | Email: "my latest post." 7/22/2014 10:15 am | | | | |
| 3-7 | Email: "posted…illegal marriage" 7/23/2014 11:31 pm | | | | |
| 3-8 | Email: "names posted. How long they stay up is up to you" 7/23/2014 11:39 pm | | | | |
| 3-9 | Email: "hh" 7/26/2014 6:01 pm | | | | |
| 3-10 | Google email verification 7/26/2014 6:44 pm | | | | |
| 3-11 | Your Gmail address, magdelena.aborted@gmail.com, has been created 7/26/2014 6:44 pm | | | | |
| 3-12 | Email: New message from Michelle Pham" 8/8/2014 3:36 PM | | | | |
| 4 | Google Inc. Return from hlatigo@gmail.com | | | | |
| 4-1 | Account Info hlatigo@gmail.com | | | | |
| 4-2 | Email: "no subject" 5/26/2014 10:17 am | | | | |
| 4-3 | Email: "Here we go again…all over" 6/3/2014 4:41 pm | | | | |
| 4-4 | Email: "Are u going 2 take that abortion pill?" 6/11/2014 9:00 am | | | | |
| 4-5 | Email: "Please respond" 6/12/2014 8:57 am | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 4-6 | Email: "Re: Please respond" 6/12/2014 9:08 am | | | | |
| 4-7 | Email: "Re Please respond" 6/12/2014 9:11 am | | | | |
| 4-8 | Email: "Re: Please respond" 6/12/204 9:13 am | | | | |
| 4-9 | Email: "Ok...so this is how u will be? Back to a war? 6/12/2014 9:20 am | | | | |
| 4-10 | Email: 6/12/2014 11:40 am | | | | |
| 4-11 | Email: "Abortion, all it took was 2min to find the truth" 6/12/2014 11:59 pm | | | | |
| 4-12 | Email: (no subject) 6/13/2014 11:18 am | | | | |
| 4-13 | Email: (no subject) 6/13/2014 12:01 pm | | | | |
| 4-14 | Email: "Re: (no subject) 6/14/2014 7:12 pm | | | | |
| 4-15 | Email: "I came inside you today during lunch" 6/16/2014 9:11 pm | | | | |
| 4-16 | Email: (no subject) 6/17/2014 11:24 am | | | | |
| 4-17 | Email: "Im going to report u to illegal immigration...im done covering up ur lies" 6/17/2014 12:40 pm | | | | |
| 4-18 | Email: "Giselle has now gone n2 tht grls office" 6/17/2014 3:38 pm | | | | |
| 4-19 | Email: "Abortion video" 6/23/2014 1:49 pm | | | | |
| 4-20 | Email: "Which man is it now" 6/24/2014 2:32 pm | | | | |

8 10/24/2017 7:08 AM

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 4-21 | Email: "How many men" <br> 6/24/2014 2:33 pm | | | | |
| 4-22 | Email: "Unblock me. Don't start.this is not the right way to respond. <br> 6/24/2014 2:39 pm | | | | |
| 4-23 | Email: "Ken" <br> 6/25/2014 11:44 am | | | | |
| 4-24 | Email: "Ur bf ken is super cocky & acting like a dick. Have u received anything frm him" <br> 6/25/2014 2:03 pm | | | | |
| 4-25 | Email: "I'm shaking right now. …don't don't this….ur going to push me <br> 6/27/2014 1:02 pm | | | | |
| 4-26 | Email: "Re: I'm shaking right now….don't dont this….ur going to push me" <br> 6/28/2014 7:25 am | | | | |
| 4-27 | Email: "Re: I'm shaking right now. …don't dont this….ur going to push me <br> 6/28/2014 7:31 am | | | | |
| 4-28 | Email: "Viber Messages" <br> 6/28/2014 9:38 am | | | | |
| 4-29 | Email: "Pregnancy concern" <br> 6/29/2014 11:51 am | | | | |
| 4-30 | Email: "I will be <br> 6/29/2014 1:57 pm | | | | |
| 4-31 | Email: "Re: Pregnancy concern" <br> 6/29/2014 5:54 pm | | | | |
| 4-32 | Email: "Re: (no subject) <br> 6/30/2014 5:53 am | | | | |
| 4-33 | Email: "Worried about you" <br> 6/30/2014 9:24 am | | | | |
| 4-34 | Email: "Need to know where u r and if ok" <br> 6/30/204 9:38 am | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 4-35 | Email: "I'm really worried.   Please let me know u are ok." <br> 6/30/2014 10:15 am | | | | |
| 4-36 | Email: "I'm at the door. Are u here. Please let me know u r ok" <br> 6/30/2014 11:22 am | | | | |
| 4-37 | Email: "I hope ur keepin ur mouth shut w/her" <br> 7/2/2014 8:51 am | | | | |
| 4-38 | Email: "Re: I hope ur keepin ur mouth shut w/her" <br> 7/2/2014 8:56 am | | | | |
| 4-39 | Email: "Re: I hope ur keepin ur mouth shut w/her" <br> 7/2/2014 9:18 am | | | | |
| 4-40 | Email: "Re: I hope ur keepin ur mouth shut w/her" <br> 7/2/2014 9:48 am | | | | |
| 4-41 | Email: "Re: I hope ur keepin ur mouth shut w/her" <br> 7/2/2014 11:02 am | | | | |
| 4-42 | Email: "Re: I hope ur keepin ur mouth shut w/her" <br> 7/2/2014 11:19 am | | | | |
| 4-43 | Email: "Cheers to u. Thnx 4 lettin me c, real u <br> 7/16/2014 5:04 pm | | | | |
| 4-44 | Email: "Releasing names shortly. <br> 7/23/2014 11:20 pm | | | | |
| 4-45 | Email: "Never in a million years" <br> 7/27/2014 3:49 pm | | | | |
| 4-46 | Email: "posted…not hidden <br> 7/27/2014 4:39 pm | | | | |
| 4-47 | Email: "the whole day blown" <br> 8/2/2014 10:44 pm | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 4-48 | Email: "Re: the whole day blown" 8/3/2014 3:18 | | | | |
| 4-49 | Email: "Re: the whole day blown" 8/3/2014 7:39 am | | | | |
| 4-50 | Email: "Re: the whole day blown" 8/3/2014 8:28 am | | | | |
| 4-51 | Email: "Re: the whole day blown" 8/3/2014 8:36 am | | | | |
| 4-52 | Email: "Re: the whole day blown" 8/3/2014 9:15 am | | | | |
| 4-53 | Email: "Re: the whole day blown" 8/3/2014 9:29 am | | | | |
| 4-54 | Email: "Re: the whole day blown" 8/3/2014 11:51 am | | | | |
| 4-55 | Email: "Re: the whole day blown" 8/3/2014 12:31 pm | | | | |
| 4-56 | Email: "Re: the whole day blown" 8/3/2014 12:48 pm | | | | |
| 4-57 | Email: "Re: the whole day blown" 8/3/2014 12:50 PM | | | | |
| 4-58 | Email: "Re: the whole day blown" 8/3/2014 12:58 PM | | | | |
| 4-59 | Email: "Re: the whole day blown" 8/3/2014 1:13 pm | | | | |
| 4-60 | Email: "Re: the whole day blown" 8/3/2014 1:27 pm | | | | |
| 4-61 | Email: "Re: the whole day blown" 8/3/2014 1:44 pm | | | | |
| 4-62 | Email: "Re: the whole day blown" 8/3/2014 2:52 pm | | | | |
| 4-63 | Email: "Re: the whole day blown" 8/3/2014 4:17 pm | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 4-64 | 8/4/2014 8:51 pm<br>Email: "U block the dad 2 ur dead baby" | | | | |
| 4-65 | 8/9/2014 12:54 pm<br>Email: "letter of agreement" | | | | |
| 4-66 | Email:Trafigura shud know ur a baby killer"<br>8/17/2014 10:10am | | | | |
| 4-67 | Email: "hiya…wud u reply back. curious if my fone is messed up"<br>8/22/2014 10:12 am | | | | |
| 4-68 | Email: "ok, well this is it is suppose"<br>8/23/2014 7:51 pm | | | | |
| 4-69 | Email: "am I blocked on Gchats"<br>8/25/2014 10:25 am | | | | |
| 4-70 | Email: "Re:<br>8/25/2014 6:00 pm | | | | |
| 4-71 | Email: "thanks"<br>8/27/2014 2:08 pm | | | | |
| 4-72 | Email: "Re: thanks"<br>8/27/2014 8:57 pm | | | | |
| 4-73 | Email: "insurance fraud and marriage fraud"<br>8/28/2014 7:12 am | | | | |
| 4-74 | Email: "Re: I am sorry"<br>8/28/2014 8:09 pm | | | | |
| 4-75 | Email: "GM"<br>9/2/2014 5:59 am | | | | |
| 4-76 | Email: Re: invite me over<br>9/2/2014 9:11 pm | | | | |
| 4-77 | Email: Re: invite me over"<br>9/2/2014 9:18 pm | | | | |
| 4-78 | Email: "I am home"<br>9/2/2014 9:31 pm | | | | |
| 4-79 | Email: "respond to my last email please" | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|-----|-------------|-------|-----|------------|------------|
| | 9/2/2014 9:34 pm | | | | |
| 4-80 | Email: "this will get ugly super fast so unblock and respond" 9/2/2014 9:37 pm | | | | |
| 4-81 | Email: "Re:" 9/3/2014 9:38 pm | | | | |
| 4-82 | Email: "And here we go. Have fun being a slut at the pool" 9/7/2014 11:06 am | | | | |
| 4-83 | Email: "U and ur entire family will be reported to INS" 9/22/2014 10:28 am | | | | |
| 4-84 | Email: "U did this" 9/22/2014 11:21 am | | | | |
| 4-85 | Email: "Heriberto Latigo Suspension" 10/22/2014 2:30 pm | | | | |
| 4-86 | Email: "Fwd: invite me over" 10/30/2014 11:50 AM | | | | |
| 4-87 | Email: "if u need help, I'm open this fri, sat & sun." 11/14/2014 5:41 am | | | | |
| 4-88 | Email: "Re: if u need help, I'm open this fri, sat & sun." 11/14/2014 9:42 am | | | | |
| 4-89 | Email: "Hi Catherine" 12/20/2014 12:33 pm | | | | |
| 4-90 | Email" "Hi There" 11/20/2014 8:54 am | | | | |
| 4-91 | Email: "lunch today" 12/17/2014 9:47 am | | | | |
| 4-92 | Email: "Hi Catherine.." 12/20/2014 12:33 pm | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 4-93 | Email: "Re: Hi Catherine.." 12/20/2014 1:15 pm | | | | |
| 4-94 | Email: no subject 12/24/2014 9:53 am | | | | |
| 4-95 | Email: "settlement agreement 1/10/2015 1/10/2015 1:30 am | | | | |
| 4-96 | Email: "remember?" 2/16/2105 9:58 am | | | | |
| 4-97 | Email: "your lawsuit" 3/19/2015 8:22 am | | | | |
| 4-98 | Email: no subject 7/23/2014 11:01 am | | | | |
| 5 | Return from sexycatdo@gmail.com | | | | |
| 5-1 | sexycatdo@gmail.com account info | | | | |
| 5-2 | Email: "thanks" 6/12/2014 6:52 pm | | | | |
| 5-3 | Email: "Somebody requested a new password for your Facebook account" 6/12/2014 6:54 pm | | | | |
| 5-4 | Email: "(no subject) 6/12/2014 6:58 pm | | | | |
| 5-5 | Email: (no subject) 6/12/2014 10:29 pm | | | | |
| 5-6 | Email: "hi sweetie…u seen my latest of me fuckinn 6/17/2014 11:34 am | | | | |
| 5-7 | Email: "I hope my new profile pic gets likes 6/17/2014 11:41 am | | | | |
| 5-8 | Email: "the truth" 6/27/2014 12:36 pm | | | | |
| 5-9 | Email: "Best foto for COP?Hmmm…probably not, let me see | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|------|-------------|-------|-----|------------|------------|
|  | 6/29/2014 11:23 am |  |  |  |  |
| 5-10 | Email: "check my new posted public pic 6/29/2014 8:13 pm |  |  |  |  |
| 5-11 | Email: "public" 6/29/2014 8:15 pm |  |  |  |  |
| 5-12 | Email: "Re: Hi there, how are you" 7/20/2014 11:33 pm |  |  |  |  |
| 5-13 | Email: "RE:RE:RE: Hi thee, how are you" 7/20/2014 11:46 pm |  |  |  |  |
| 5-14 | Email: "Look :(" 7/21/2014 12:20 am |  |  |  |  |
| 5-15 | Email: "Re: Look. :(" 7/21/2014 1:27 am |  |  |  |  |
| 5-16 | Email: (no subject) 7/21/2014 1:29 pm |  |  |  |  |
| 5-17 | Email: "I am back…time for everyone to see my video 7/22/2014 10:03 am |  |  |  |  |
| 5-18 | Email: "hi remember me…I fuck and have abortions" 7/30/2014 10:54 am |  |  |  |  |
| 5-19 | Email: "I love having abortions." 7/30/204 11:00 am |  |  |  |  |
| 5-20 | Email: "look at me" 8/1/2014 11:20 am |  |  |  |  |
| 5-21 | Email: "I love you Jordan…here u are babe" 8/1/2014 11:21 pm |  |  |  |  |
| 5-22 | Email: (no subject) 8/1/2014 11:27 pm |  |  |  |  |
| 5-23 | Email: "public now" 8/1/2014 11:30 pm |  |  |  |  |
| 5-24 | Email: "bite me" |  |  |  |  |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | 8/5/2014 3:03 pm | | | | |
| 5-25 | Email: "I'm the bday girl…time 2 shoe my tits" 8/7/2014 9:59 pm | | | | |
| 5-26 | Email: "my nice ass" 8/7/2014 10:09 pm | | | | |
| 5-27 | Email: "Fwd: baby. Gone 8/20/2014 9:32 am | | | | |
| 5-28 | Email: "Not private" 8/20/2014 9:47 am | | | | |
| 5-29 | Email: "public" 8/20/2014 10:10 am | | | | |
| 5-30 | Email: "I'm such a slut..I marry illegal aliens" 8/20/2014 10:20 am | | | | |
| 5-31 | Email: ""Eye Candy" Office Assistant" 8/23/2014 2:55 pm | | | | |
| 5-32 | Email: "massage from a female 8/23/2014 10:43 pm | | | | |
| 5-33 | Email: "Photographer looking for a few models" 8/23/2014 10:54 pm | | | | |
| 5-34 | Email: "Im Catherine do…& I had an abortion 8/30/2014 9:52 am | | | | |
| 5-35 | Email: "yippe, after an abortion. Im free now public" 9/2/2014 9:46 pm | | | | |
| 5-36 | Email: feels good to let it all out 9/3/2014 8:02 pm | | | | |
| 5-37 | Email: "wooohooo party time. Steveeee liuuu 9/5/2014 11:31 pm | | | | |
| 5-38 | Email: "study partner needed for LSAT and GRE" 10/18/2014 12:46 pm | | | | |
| 5-39 | Email: "Hung Fat cocked Latino! Please read | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
|  | before u meail me and No BS!!! 10/18/2014 12:54 pm |  |  |  |  |
| 5-40 | Email: Re: ****SUPER Hung White Malefor Wife or Single Woman**** 10/18/2014 1:46 pm |  |  |  |  |
| 5-41 | Email: "Bikini Model" 12/26/2014 11:25 am |  |  |  |  |
| 5-42 | Email: Re: Cute guy free today" 12/26/2014 3:02 pm |  |  |  |  |
| 5-43 | Email: "Fitness Trainer/Massage Therapist Hiring Assistant" 12/28/2014 3:34 pm |  |  |  |  |
| 6 | Return from sergiosalevatore@facebook.com |  |  |  |  |
| 6-1 | Page 1 |  |  |  |  |
| 7 | Return from ogital@Facebook.com |  |  |  |  |
| 7-1 | Page 1 |  |  |  |  |
| 8 | Return from abortedmagdelena@facebook.com |  |  |  |  |
| 8-1 | abortedmagdelena@facebook.com Pages 1-104 |  |  |  |  |
| 9 | Search Warrant Photos – 2227 Texana Way, Richmond, TX 77406 April 15, 2015 |  |  |  |  |
| 9-1 | Front of house DSCN0019.JPG |  |  |  |  |
| 9-2 | Front of house DSCN0214.JPG |  |  |  |  |
| 9-3 | Door DSCN0026.JPG |  |  |  |  |
| 9-4 | Wet Bar DSCN0037.JPG |  |  |  |  |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 9-5 | Nightstand DSCN0142.JPG | | | | |
| 9-6 | Photos DSCN0143.JPG | | | | |
| 9-7 | Photos DSCN0144.JPG | | | | |
| 9-8 | Photos DSCN0145.JPG | | | | |
| 9-9 | Master Bedroom DSCN0042.JPG | | | | |
| 9-10 | Bed DSCN0073.JPG | | | | |
| 9-11 | Master Bedroom DSCN0169.JPG | | | | |
| 9-12 | Master Closet DSCN0047.JPG | | | | |
| 9-13 | Master Closet shelves DSCN0070.JPG | | | | |
| 9-14 | Firearm DSCN0071.JPG | | | | |
| 9-15 | Firearm DSCN0069.JPG | | | | |
| 9-16 | Leather cat o' nine tails DSCN0072.JPG | | | | |
| 9-17 | staircase DSCN0039.JPG | | | | |
| 9-18 | Study/Office DSCN0177.JPG | | | | |
| 9-19 | Desk DSCN0140.JPG | | | | |
| 9-20 | Kodak Photo 1 | | | | |

18 10/24/2017 7:08 AM

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 9-21 | Kodak Photo 2 | | | | |
| 9-22 | Kodak Photo 3 | | | | |
| 9-23 | Kodak Photo 4 | | | | |
| 9-24 | Desktop Computer DSCN0051.JPG | | | | |
| 9-25 | Printer/CPU Tower DSCN0052.JPG | | | | |
| 9-26 | Back of desk/CPU Tower DSCN0053.JPG | | | | |
| 9-27 | Wine Cellar DSCN0057.JPG | | | | |
| 9-28 | Wine Cellar Floor DSCN0058.JPG | | | | |
| 9-29 | Document on Wine Cellar Floor DSCN0060.JPG | | | | |
| 9-30 | Wine Cellar Shelves DSCN0058.JPG | | | | |
| 9-31 | Weight Room DSCN0086.JPG | | | | |
| 9-32 | Weight Room DSCN0183.JPG | | | | |
| 9-33 | Alcove Photo DSCN0094.JPG | | | | |
| 9-34 | Desk with Hutch DSCN0095.JPG | | | | |
| 9-35 | HP Laptop DSCN0096.JPG | | | | |
| 9-36 | Silver Mercedes DSCN0153.JPG | | | | |
| 9-37 | Front Door Silver Mercedes DSCN0161.JPG | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 9-38 | Silver Iphone DSCN0162.JPG | / | | / | |
| 9-39 | Passenger Front Seat with Briefcase DSCN0155.JPG | | | | |
| 9-40 | Drive Seat DSCN0154.JPG | | | | |
| 9-41 | Console DSCN0160.JPG | | | | |
| 9-42 | Console USB Charger DSCN0159.JPG | | | | |
| 9-43 | Briefcase with Green Flash Drive DSCN0158.JPG | | | | |
| 9-44 | Garage Vehicles DSCN0138.JPG | | | | |
| 9-45 | Corvette DSCN0139.JPG | / | | / | |
| 10 | Consent to search phones | | | / | |
| 11 | CD Passport | / | | / | |
| 12 | Sketch of Latigo Residence:   2227 Texana Way, Richmond, TX 77406 Page 1 Room A- Dining Room/Entry Way Room B – Living Room/Kitchen Room C – Master Bedroom Room D – Master Closet Room F – Library Page 2 Room E – Wine Cellar Page 3 Room G – Playroom Room H – Bathroom/Closet Room I – Weight Room Room J – Hallway | / | | / | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | Room K – Bedroom 1<br>Room L – Bathroom 1<br>Room M – Bedroom 2<br>Room N – Bathroom 2<br>Room O – Bedroom 3<br>Room P – Lounge with Bar<br>Room Q – Theatre Room<br>Page 4<br>Room R – Detached Garage Apartment Living Room/Kitchen<br>Room T - Garage<br>Page 5<br>Room S – Detached Garage Apartment Bedroom | | | | |
| 13 | ENI Memo by Kate Birenbaum | / | | / | |
| 14 | Camtasia of Hacker Bulletin Board | | | | |
| 14-1 | Screen shot from Hacker Bulletin Board 10/6/2014 | / | | / | |
| 15 | Printouts of Text Messages found at 2227 Texana Way, Richmond, Tx office | / | | / | |
| 16 | HP Compact Desktop Computer Model DC 5800 Microtower (GH37357) | / | | / | |
| 16-1 | Seagate 160 GB Hard Disk Drive (A37357) removed from HP Compact Desktop Computer Model DC 5800 Microtower | / | | / | |
| 16-2 | Forensic image | / | | / | |
| 17 | Dell Laptop Computer Model PP18L (GH37358) | / | | / | |
| 17-1 | Seagate 120 GH Hard Drive (A37358) removed from Dell Laptop Computer Model PP18L | / | | / | |
| 17-2 | Forensic image | / | | / | |
| 18 | HP Laptop Computer | / | | / | |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
|  | Model 15-B129wm (GH37359) | / |  | / |  |
| 18-1 | Hitachi 500 GB Hard Disk Drive (A37359) removed from HP Laptop Computer Model 15-B129wm | / |  | / |  |
| 18-2 | Forensic image | / |  |  |  |
| 19 | IBM Laptop Thinkpad (GH37360) | / |  | / |  |
| 19-1 | Hitachi 360 GB Hard Drive (A37360) removed from IBM Laptop Thinkpad | / |  | / |  |
| 19-2 | Forensic image | / |  |  |  |
| 20 | Apple Cellular Phone Model A1533 (GH37361) | / |  | / |  |
| 20-1 | Extraction Results | / |  |  |  |
| 21 | Samsung Galaxy S5 Model SM-G900T (GH37362) | / |  | / |  |
| 21-1 | Kingston 8GB SD Card Model SDC 4/8 GB (A37362) removed from Samsung Galaxy S5 | / |  | / |  |
| 21-2 | Forensic image | / |  | / |  |
| 22 | Samsung Galaxy SIII Model SGH-T999 (GH37363) | / |  | / |  |
| 22-1 | Extraction Results | / |  | / |  |
| 23 | Samsung Galaxy Note II Model SGH-T889 (GH37364) | / |  | / |  |
| 23-1 | Sim Card (A37364) removed from Samsung Galaxy Note II | / |  | / |  |
| 23-2 | Extraction Results | / |  | / |  |
| 24 | SanDisk Ultra II 2GB SD Card (GH37647) | / |  | / |  |
| 24-1 | Forensic image | / |  | / |  |
| 25 | Kingston 8GB USB Storage Device (GH37648) | / |  | / |  |

| NO. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | DATE N/ADM |
|------|-------------|-------|-----|------------|------------|
| 25-1 | Forensic Image | / | | / | |
| 26 | Cruzer 8 GB USB Storage Device Model Glide (GH37649) | / | | / | |
| 26-1 | Forensic image | / | | / | |
| 27 | Joe Corley Detention Center H. Latigo Phone Calls Audio Recording: June 7, 2015 1433723711.180.wav | / | | / | |
| 28 | Heriberto Latigo Military Records | | | | |
| 29 | Return from Comcast | / | | / | |
| 30 | CD Medical Records | / | | / | |
| 31 | Texts sent to Vanessa Do | / | | / | |
| 32 | Texts sent to Quynh Do | / | | / | |
| | | | | | |