UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. 4:15-CR-295 |
| | § | |
| HERIBERTO LATIGO | § | |

### JURY NOTE NUMBER 1

WE HAVE REACHED A DECISION

DATE: 10/27/2017          FOREPERSON: _____

*****************************************************************

DATE: 10/27/2017

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

---

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER*

*JURY NOTES ARE A PERMANENT PART OF THE RECORD*

*JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT AT THE CONCLUSION OF DELIBERATIONS*