UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS.                               §     CRIMINAL ACTION NO. 4:15-CR-0295
                                  §
HERIBERTO LATIGO                  §

### VERDICT FORM

We, the jury, unanimously find the Defendant, Heriberto Latigo:

**As to Count One: Stalking in violation of 18 U.S.C. § 2261A(2)(B):**

Guilty __X__          Not Guilty_____

_____
JURY FOREPERSON

Signed on _____, 2017

1 / 1