| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

v.  §
§
§   CASE NUMBER _____
§
§

_____

_____

_____

_____

**DOCUMENT IS:**

G   **LOOSE IN FILE**

G   **IN VAULT SEALED**

G   **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #**_____