# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

4:15-CR-295-1

No. 17-20700

United States Courts
Southern District of Texas
FILED

*November 20, 2018*

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HERIBERTO LATIGO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas

O R D E R:

Heriberto Latigo moves to relieve his appointed counsel and for permission to proceed pro se on appeal. His counsel does not oppose the motion. Because Latigo expresses a clear and unequivocal desire to represent himself, the motion is GRANTED. *See* 28 U.S.C. § 1654; *Brown v. Wainwright,* 665 F.2d 607, 610 (5th Cir. 1982) (en banc).

FOR THE COURT:

MICHAEL E. SCHNEIDER
DEPUTY CLERK

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 20, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-20700   USA v. Heriberto Latigo
               USDC No. 4:15-CR-295-1

Enclosed is an order entered in this case.

Further processing of the above appeal will issue under separate
cover.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

*Amanda Sutton-Foy*

                        By: _____
                        Amanda Sutton-Foy, Deputy Clerk
                        504-310-7670

Mr. David J. Bradley
Ms. Anna Elizabeth Kalluri
Mr. Heriberto Latigo
Ms. Carmen Castillo Mitchell
Mr. Leif A. Olson